FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 2 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ordinance Technologies North America, Inc.

    Plaintiff(s)/Petitioner(s),

vs.

Raytheon Company

    Defendant(s)/Respondent(s)

CASE NO: 4:12-cv-00386-TUC-CKJ

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Matthew C. Elstein, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Plaintiff Ordinance Technologies North America, Inc.

**City and State of Principal Residence:** San Diego, California
**Firm Name:** Gordon & Rees LLP
**Address:** 101 W. Broadway   **Suite:** 2000
**City:** San Diego   **State:** CA   **Zip:** 92101
**Firm/Business Phone:** (619) 696-6700
**Firm Fax Phone:** (619) 696-7124   **E-mail Address:** MElstein@gordonrees.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State Bar of California | 12/12/1994 | ☑ Yes  ☐ No* |
| United States District Court-Central District of California | 12/12/1994 | ☑ Yes  ☐ No* |
| United States District Court-Southern District of California | 08/07/2005 | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

Date: 8/20/2012
Fee Receipt # phx 125376

Signature of Applicant

(Rev. 04/12)

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

---

I, TERRY NAFISI, Clerk of this Court, certify that

Matthew Elstein, Bar 174400

duly admitted to practice in this Court on      December 12, 1994

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on     August 8, 2012
            *DATE*

TERRY NAFISI
District Court Executive/Clerk of Court

By _____
Lori Muraoka, Deputy Clerk

G-52 (09/08)(Rev. AO 136)     CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617   TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 24, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MATTHEW CHARLES ELSTEIN, #174400 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 1994; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records